UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                Originating Case No. 3:20-cr-189
                                Case No. 21-30504

v.

**MARIA SOLANO**,

    Defendant.
_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an amended order transferring defendant **MARIA SOLANO** to answer to charges pending in another federal district, and states:

    1.    On or about October 27, 2021, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the District of North Dakota based on a Pretrial Release Violation.

    2.    Rule 5 requires this Court to determine whether defendant is the

person named in the arrest warrant described in Paragraph One above.   *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

                              Respectfully submitted,

                              Saima S. Mohsin
                              Acting United States Attorney

                              s/Eaton Brown
                              Assistant United States Attorney
                              211 W. Fort Street, Suite 2001
                              Detroit, MI   48226-3211
                              eaton.brown@usdoj.gov
                              (313) 226-9184

Date:   October 27, 2021